# UNITED STATES DISTRICT COURT
for the
Eastern District of California

**SEALED**

United States of America )
v. )
Juan LOPEZ-PEREZ )    Case No. 5:25-mj-00049 -CDB
)
)
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 14, 2025__ in the county of __Kern__ in the __Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Previously removed alien found back in the United States |
| | MAX PENALTIES:<br>2 years of imprisonment;<br>$250,000 fine;<br>1 year supervised release; and<br>$100 special assessment |

This criminal complaint is based on these facts:

The defendant was found in Kern County, State and Eastern District of California, on or about June 14, 2025. His fingerprints connect him to an Immigration file that shows he is a Mexican national and alien, was removed from the United States on or about January 6, 2016, and has not received consent from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission into the country.

☐ Continued on the attached sheet.

*Complainant's signature*

Ranil Sharma, Special Agent
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: __August 1, 2025__

*Judge's signature*

City and state: __Bakersfield, California__    Hon. Christopher D. Baker, U.S. Magistrate Judge
*Printed name and title*